UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD JONES,

       Plaintiff,                               Civil Action No.
                                                          07-CV-14881

vs.

                                                          HON. BERNARD A. FRIEDMAN

JAMES MILLER,

       Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING ALL CLAIMS**

        This matter is presently before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated February 11, 2009. In his R&R, Magistrate Judge Hluchaniuk recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Complaint be dismissed.

        On February 25, 2009, Plaintiff filed objections to the Magistrate Judge's R&R. However, Plaintiff's objections do not specifically address the legal reasoning supporting the Magistrate Judge's recommendations. In any case, the Court has conducted a *de novo* review of this matter pursuant to 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b). The Court finds that Magistrate Judge Hluchaniuk reached the proper conclusions for the proper reasons and will therefore accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Magistrate Judge Hluchaniuk's R&R dated February 11, 2009, is accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry 13] is granted.

IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed.

                                                  _s/Bernard A. Friedman_____
Dated: February 27, 2009____         HON. BERNARD A. FRIEDMAN
     Detroit, Michigan           SENIOR UNITED STATES DISTRICT JUDGE