UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BERNARD JONES,
    Plaintiff(s),

v.

CIVIL NO. 07-14881
HON. BERNARD A. FRIEDMAN

JAMES MILLER,
    Defendant(s).
_____/

## ORDER TO PROCEED IN FORMA PAUPERIS ON APPEAL OF A CIVIL CASE

Plaintiff having requested leave to proceed in forma pauperis with an appeal before the United States Court of Appeals for the Sixth Circuit, and having provided the court with financial information regarding his indigent status,

**IT IS HEREBY ORDERED** that the application is:

\_\_\_\_\_    **GRANTED.**

\_\_x\_\_\_    **DENIED**, for the following reasons: Acceptance of Report and Recommendation from Magistrate Judge Michael Hluchaniuk filed on 5/20/09.

    s/Bernard A. Friedman
    Bernard A. Friedman
    United States District Judge

Dated: June 29, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

    s/Carol Mullins
    Case Manager